## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**DIGITAL SIN, INC.,**

*Plaintiff,*

v.

**DOES 1 – 45,**

*Defendants.*

CIVIL ACTION No.:  1:12-cv-10945

**Dismissal with Prejudice of Specific Does**

Plaintiff reached settlements with the respective Doe Defendants listed in the

following table:

| Doe Number | IP Address | Time Stamp (EST) |
| --- | --- | --- |
| Doe 11 | 24.147.162.250 | 2012-02-04 04:15:03 -0500 |

Plaintiff dismisses *with* prejudice each of the specific Defendants listed

above from the above-identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted on September 20, 2012,

FOR THE PLAINTIFF:

*[signature]*

Marvin Cable, Esq.
BBO#:  680968
LAW OFFICES OF MARVIN CABLE
P.O. Box 1630
Northampton, MA 01061
P: (413) 268-6500
F: (413) 268-6500
E: law@marvincable.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

*[signature]*

Marvin Cable, Esq.