United States District Court

District of Massachusetts

Digital Sin, Inc., Plaintiff

V   Civil Action 1.12-CV-10945

John Does 1 – 45, Defendants


Answer to Complaint for Copyright Infringement

My name is Jason Provo. I was served the Complaint and summons naming me as a 'John Doe' in the above case on December 4, 2012.

I deny all allegations made against me as a John Doe in this Complaint.

I also state:

I did not download pornography.

I have never used BitTorrent software.

I operate a Linksys E1000 router at my home. This devise is capable of operating two wireless networks simultaneously, and can divide internet service at my home to multiple wireless internet connected devices.

I use this router to operate two wireless networks – one is a secure network with at least 4 authorized users and one is an open, unsecured network for the convenience of my guests.

My open network allows anyone to connect to my internet service without entering a password.

I live in a thickly settled area and my property abuts a business.

The Linksys router has a range of approximately 300 feet, which would allow many of the neighbors to access my guest network, the radius also reaches to the street in front of and into the area behind my property.

Since I've learned of this suit, I have password protected my guest network.

I state that this is the truth.

*Jason W. Provo* (signature)

Jason W. Provo

744 Pleasant Street

Rochdale, MA 01542

508-892-4879

Certificate of Service

I state that on December 18, 2012, I forwarded a copy of this Answer via first class mail to Plaintiff's attorney, Marvin Cable, Law Offices of Marvin Cable, PO Box 1630, Northampton, MA 01061

*Jason W. Provo*

Jason W. Provo